**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SOUTHERN ILLINOIS LABORERS' and EMPLOYERS' HEALTH & WELFARE FUND, )<br><br>    Plaintiff, )<br><br>v. )<br><br>UNION COUNTY GOVERNMENT, )<br><br>    Defendant. ) | Case No. 2004-cv-4185-JPG |

**JUDGMENT IN A CIVIL CASE**

   **Decision by Court.**  This matter having come before the Court on the parties's stipulation of dismissal, and the Court having rendered its decision,

   **IT IS ORDERED AND ADJUDGED** that all of Plaintiffs' claims against Defendant, in this case, are hereby **DISMISSED without prejudice**.


**DATE: August 26, 2005.**

                    **NORBERT G. JAWORSKI, CLERK**

                    **By:s/Deborah Agans, Deputy Clerk**


**APPROVED:    /s/ J. Phil Gilbert            
            J. PHIL GILBERT
            U.S. District Judge**